UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA KELLY, <br><br> Plaintiff <br><br> v. <br><br> HARTFORD HEALTHCARE CORP. and HARTFORD HOSPITAL, <br><br> Defendants | CIVIL ACTION NO. <br> 3:18-CV-02022 (MPS) <br><br><br><br><br><br><br><br> July 8, 2020 |

## STIPULATION OF DISMISSAL AS TO DEFENDANT HARTFORD HEALTHCARE CORP.

IT IS HEREBY STIPULATED and agreed by and between the parties hereto that the Defendant, Hartford Healthcare Corp., be dismissed from the above-captioned case, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side to bear its own costs and attorneys' fees.

| THE PLAINTIFF, | THE DEFENDANTS, |
|---|---|
| By: /s/Mary E. Kelly <br> Mary E. Kelly ct07419 <br> Livingston, Adler, Pulda, <br> Meiklejohn & Kelly, P.C. <br> 557 Prospect Avenue <br> Hartford, CT 06105-2922 <br> Phone: (860) 233-9821 <br> Fax: (860) 232-7818 <br> mekelly@lapm.org | By: /s/Peter J. Murphy <br> Peter J. Murphy ct26825 <br> Shipman & Goodwin LLP <br> One Constitution Plaza <br> Hartford, CT 06103-1919 <br> Phone: (860) 251-5950 <br> Fax: (860) 251-5316 <br> pjmurphy@goodwin.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2020 a copy of the foregoing Stipulation of Dismissal as to Defendant Hartford Healthcare Corp. was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Mary E. Kelly
Mary E. Kelly ct07419